# United States District Court

_____ **MIDDLE** _____ DISTRICT OF _____ **ALABAMA** _____

**In the matter of the Search of**
(Name, address or brief description of
person, property or premises to be searched)

**SEARCH WARRANT**

CASE NUMBER: 1:07mJ-68TFM

Dell, Optiplex 745 computer,
Serial Number 9985XB1, and cubicle next to break
area inside Building 1120, Fort Rucker, Alabama

TO:   Special Agent Phillip T. McCluskey   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Phillip T. McCluskey, Special Agent, U.S. Army CID,   who has
Affiant

reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)
**Dell, Optiplex 745 computer, Serial Number 9985XB1 and cubicle next to break area inside Building 1120, Fort Rucker, Alabama**

in the   Middle   District of   Alabama   there is now

concealed a certain person or property, namely (describe the person or property)

**SEE AFFIDAVIT**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   July 22, 2007
Date

~~(not to exceed 10 days)~~ the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Terry F. Moorer   as required by law.
U. S. Judge or Magistrate Judge

July 12, 2007 @ 3:45pm   at   Montgomery, Alabama
Date and Time Issued                                City and State

Terry F. Moorer, U.S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer