# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| **In the matter of the Search of**<br>(Name, address or brief description of person, property or premises to be searched)<br><br>Dell, Optiplex 745 computer,<br>Serial Number 9985XB1, and cubicle next to break area inside Building 1120, Fort Rucker, Alabama | **SEARCH WARRANT**<br><br>CASE NUMBER: 1:07mJ-68TFM |

TO: __Special Agent Phillip T. McCluskey__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Phillip T. McCluskey, Special Agent, U.S. Army CID,___ who has
Affiant

reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)
**Dell, Optiplex 745 computer, Serial Number 9985XB1 and cubicle next to break area inside Building 1120, Fort Rucker, Alabama**

in the ____Middle____ District of ____Alabama____ there is now

concealed a certain person or property, namely (describe the person or property)

**SEE AFFIDAVIT**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___July 22, 2007___
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___Terry F. Moorer___ as required by law.
U. S. Judge or Magistrate Judge

___July 12, 2007 @ 3:45pm___ at ___Montgomery, Alabama___
Date and Time Issued                                                City and State

___Terry F. Moorer, U.S. Magistrate Judge___                        ___[signature] Terry F. Moorer___
Name & Title of Judicial Officer                                    Signature of Judicial Officer

# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

| | |
|---|---|
| TRACKING SEQUENCE NUMBER | 0100-07-CID083 |
| CRD REPORT/CID ROI NUMBER | 11755 |

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| Fort Rucker CID Office | Fort Rucker, AL 36362 |

| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED | ADDRESS (Include Zip Code) |
|---|---|
| ☐ OWNER    Crime Scene<br>☒ OTHER | N/A |

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| From assigned desk of Terry L. MYER, located in the assigned cubicle of Mr. MYER, Department of Logistics, Bldg 1120, Fort Rucker, AL 36362. | EVIDENCE | 1525 – 1619/<br>16 Jul 07 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES<br>(Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Floppy disk container, approximately 7" wide, 6" deep, and 3.5" high, beige in color, constructed of plastic, used condition, and containing thirty 3.5 black floppy disks; twenty-one 3.5" beige/off-white floppy disks; one yellow 3.5" floppy disk; one green 3.5" floppy disk; one blue 3.5" floppy disk; and three red 3.5" floppy disks. All disks bear various manufacturer markings and various written and typed labeling markings and are in used condition. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 2 AWH | 1 AWH | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with white and blue label and "TDK Bonus Utilities CD-ROM Ver 2.0 ... Individually" in blue type. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 3 AWH | 1 AWH | Compact disc (CD) container, approximately 4.25" long x 4.25" wide, multi-colored to include blue, black, brown, white, red, green, yellow and other colors, and "Disney's Atlantis The Lost Empire...F7922(sub)F8316", cardboard like construction, used condition, containing one CD with "Disney's Atlantis... GO204" in black and white type. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| | | .........CONTINUED ON PAGES 2 through 3 ................................. |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 Thru 31 | 16 Jul 07 | SIGNATURE: N/A<br>NAME, GRADE OR TITLE: Crime Scene | SIGNATURE: [signed]<br>NAME, GRADE OR TITLE: SA Albert W. HAZZARD III | EVALUATION AS EVIDENCE |
| 1 Thru 31 | | SIGNATURE:<br>NAME, GRADE OR TITLE: SA Albert W. HAZZARD III | SIGNATURE:<br>NAME, GRADE OR TITLE: | |
| | | SIGNATURE:<br>NAME, GRADE OR TITLE: | SIGNATURE:<br>NAME, GRADE OR TITLE: | |
| | | SIGNATURE:<br>NAME, GRADE OR TITLE: | SIGNATURE:<br>NAME, GRADE OR TITLE: | |
| | | SIGNATURE:<br>NAME, GRADE OR TITLE: | SIGNATURE:<br>NAME, GRADE OR TITLE: | |

**DA FORM 4137**
1 Jul 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete.

LOCATION _____    DOCUMENT NUMBER _____

Continuation of Description of Articles received from

| Item | Qty | Description |
|---|---|---|
| 4 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, transparent, plastic construction, used condition, paper labeling depicting a rocket with blue background and "Smartr and Friendly ... Made in Japan" in white, red, yellow, and black type, containing one CD with white label and "Doc DoLittle II ZIP" handwritten in black ink. Marked for ID with 1525/16 Jul 07/AWH (Top shelf) |
| 5 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, paper labeling in blue and white with "The World of Bee Books 1994... fax++49(0) 5241/73686, containing one CD with blue label and "The orld of Bee Books... BEE BOOK" blue type. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 6 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with yellow and black label and "U.S. ARMY SINGLE .... 23 March 2000" in black type. Marked for ID with 1525/16 Jul 07/AWH (Top shelf) |
| 7 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, white and transparent, plastic construction, used condition, paper labeling in white with "HQ TRADOC ... Hampton, VA" in green type, containing one CD with white label. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 8 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with "ICAP FRANKS Cheet Sheets" handwritten in black ink. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 9 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD depicting a rising sun with "CORDECT 3.1 With Patches" in lavender type. Marked for ID with 1525/16 Jul 07/AWH (Top shelf) |
| 10 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing three CDs; one with "CLICK ART 40,000... Bus_off" handwritten in black ink; one with "CLICK ART ... thru NATURE" handwritten in black in; and one with "CLICK ART ... thru TRAVEL" handwritten in black ink. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 11 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, transparent, plastic construction, used condition, with white and blue paper labeling with "Smart and Friendly... Made in Japan" type and "Collateral damage" handwritten in black ink, containing two CDs; one with "HARRY POTTER II... ICE AGE" handwritten in black ink; one with "COLLATERAL DAMAGE" handwritten in black ink. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 12 | 1 | Compact disc, plastic construction, metallic like labeling with with "Imation ... 1x-16x Compatible" typed and "PWS" handwritten in black ink. Marked for ID with 1525/16 Jul 07/AWH. Placed into a brown paper bag to protect for prints and a DA Form 4002 affixed. (Top shelf) |
| 13 | 1 | Compact disc, plastic construction, metallic like labeling with "DAD DEF. ACQ DESKBOOK" handwritten in black ink. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 14 | 1 | Compact disc, plastic construction, metallic like labeling with with "Professional Development Support Center ... http://pdsc.usace.army.mil" typed. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 15 | 1 | Compact disc, plastic construction, metallic like labeling with "SHAW + FSSI HR" handwritten in ink. Marked for ID with 1525/16 Jul 07/AWH. (Top shelf) |
| 16 | 1 | Compact disc, plastic construction, metallic like labeling with "PST Files 24 Jan 05" handwritten in black ink. Marked for ID with 1545/16 Jul 07/AWH. (desk top beneath top shelf) |
| 17 | 1 | Compact disc, plastic construction, metallic like labeling with "QASP Forms... (ACCESS)" handwritten in black ink. Marked for ID with 1545/16 Jul 07/AWH. (desk top beneath top shelf) |

...................... Continued on page 3 ................................

2 of 3

0100-07-CID083-11755

## Continuation of Description of Articles received from

| Item | Qty | Description |
|---|---|---|
| 18 | 1 | Compact disc, plastic construction, metallic like labeling with "PWS" handwritten in black ink. Marked for ID with 1545/16 Jul 07/AWH (desk top beneath top shelf) |
| 19 | 1 | Compact disc, plastic construction, metallic like labeling with "Blue GRASS" handwritten in black ink. Marked for ID with 1545/16 Jul 07/AWH. (desk top beneath top shelf) |
| 20 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like label and "SHAW FTR ... 2006 INV Report" handwritten in black ink. Marked for ID with 1553/16 Jul 07/AWH. (Top cabinet drawer) |
| 21 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like label and "SHAW FTR ... C+E Shop... 2006" handwritten in black ink. Marked for ID with 1553/16 Jul 07/AWH. (Top cabinet drawer) |
| 22 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like label and "I PBO ... SHAW FTR" handwritten in black ink. Marked for ID with 1553/16 Jul 07/AWH (Top cabinet drawer) |
| 23 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like label and "Supply Stock" and "SHAW FTR" handwritten in black ink. Marked for ID with 1553/16 Jul 07/AWH. (Top cabinet drawer) |
| 24 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like label and "March 2007 Surveillance" handwritten in black ink. Marked for ID with 1600/16 Jul 07/AWH (Top cabinet drawer) |
| 25 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like label and "DAU Class Catalog 06... For Re write" handwritten in black ink. Marked for ID with 1604/16 Jul 07/AWH. (Top cabinet drawer) |
| 26 | 1 | VHS tape, standard size, black, white and transparent plastic construction, with white label reading "2005 Combined Federal Campaign Video ... Version #2 Open Captioned". . Marked for ID with 1605/16 Jul 07/AWH. (desk drawer) |
| 27 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with red and orange label and "TKD CD Blender Recording Software ... www.tdk.com" in metallic like print. Marked for ID with 1608/16 Jul 07/AWH. (desk drawer) |
| 28 | 64 | 3.5 floppy disks; thirty-three beige/off-white floppy disks; one blue 3.5" floppy disk; and thirty black 3.5" floppy disks. All disks bear various manufacturer markings and various written and typed labeling markings and are in used condition. Marked for ID with 1612/16 Jul 07/AWH. (desk drawer) |
| 29 | 17 | Zip disk container, clear plastic, containing one Zip 100 mega byte disk; one container with paper label reading "Fujifilm ... Zip 100" and blue Zip Disk; one red Zip disk; one blue Zip disk; and 14 black Zip disks. All disks bear various manufacturer markings and various written and typed labeling markings and are in used condition. Marked for ID with 1615/16 Jul 07/AWH. (desk drawer) |
| 30 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with white label and "Fort Rucker" hand written in blue ink. Marked for ID with 1615/16 Jul 07/AWH. (bottom cabinet drawer) |
| 31 | 1 | Envelope, approximately 9" x 11.5", manila colored with black print reading "INTER-DAPARTMENT DELIVERY... Name... Dept." with hand written names, the most recent name being "Terry Myers" "Dept. DOL Bldg 1120", containing three compact disc (CD) containers, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition, containing one CD with metallic like labels, one CD labeled with hand written "Voucher 0260 Shaw" in black ink; one CD labeled with hand written "Voucher 0262" in black ink; and one CD labeled with hand written "Voucher 0263 Shaw" in black ink. Marked for ID with 1619/16 Jul 07/AWH. (on top of top shelf) |

///////////////////////////////////////////////// LAST ITEM //////////////////////////////////////////////////////////////////////

3 of 3

# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

**MPR/CID SEQUENCE NUMBER:** 0100-07-CID083

**CRD REPORT/CID ROI NUMBER:** 11755

**RECEIVING ACTIVITY:** Fort Rucker CID Office

**LOCATION:** Fort Rucker, AL 36362

**NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED:**
- [ ] OWNER
- [x] OTHER
Crime Scene

**ADDRESS:** N/A

**LOCATION FROM WHERE OBTAINED:** From assigned desk of Terry L. MYER, located in the assigned cubicle of Mr. MYER, Department of Logistics, Bldg 1120, Fort Rucker, AL 36362.

**REASON OBTAINED:** EVALUATION AS EVIDENCE

**TIME/DATE OBTAINED:** 1525 - 1545 / 16 Jul 07

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Compact disc container, paper and plastic, sealed and unopened containing one Compact Disc labeled "The King of Queens". 1525/16 Jul 07/AWH (Top shelf) |
| 2 | 3 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, black and transparent, plastic construction, used condition. Empty. 1525/16 Jul 07/AWH. (Top shelf) |
| 3 | 1 | Compact disc (CD) container, approximately 5.5" long x 4.25" wide, transparent, plastic construction, used condition, containing a paper label depicting a rocket, otherwise empty. 1525/16 Jul 07/AWH. (Top shelf) |
| 4 | 1 | Compact disc container, multi-colored, paper construction, sealed and unopened, print reading "GSA Global Supply ... 2006 CD". Container sealed and contents not inventoried. 1525/16 Jul 07/AWH. (Top shelf) |
| 5 | 1 | Mass compact disc container, black and transparent plastic, containing approximately 19 compact discs – recordable. 1545/16 Jul 07/AWH. (top of desk) |
| 6 | 1 | Mass compact disc container, beige awand transparent plastic, containing approximately 37 compact discs – recordable. 1545/16 Jul 07/AWH. (top of desk) |
| ///////// | /// //////// | //////////////////////////////////////////// LAST ITEM //////////////////////////////////////////////////// |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 thru 6 | 16 Jul 07 | **SIGNATURE:** N/A<br>**NAME, GRADE OR TITLE:** Crime Scene | **SIGNATURE:** [signed]<br>**NAME, GRADE OR TITLE:** SA Albert W. HAZZARD III | SAFE KEEPING |
| 1 thru 6 | ~~16 Jul 07~~ 17 Jul 07 | **SIGNATURE:** AWH [signed]<br>**NAME, GRADE OR TITLE:** SA Albert W. HAZZARD III | **SIGNATURE:** Rebecca Forrester<br>**NAME, GRADE OR TITLE:** Rebecca Forrester | Released to owner |
|  |  | **SIGNATURE:**<br>**NAME, GRADE OR TITLE:** | **SIGNATURE:**<br>**NAME, GRADE OR TITLE:** |  |
|  |  | **SIGNATURE:**<br>**NAME, GRADE OR TITLE:** | **SIGNATURE:**<br>**NAME, GRADE OR TITLE:** |  |
|  |  | **SIGNATURE:**<br>**NAME, GRADE OR TITLE:** | **SIGNATURE:**<br>**NAME, GRADE OR TITLE:** |  |

**DA FORM 4137**
1 Jul 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete.

**LOCATION** _____

**DOCUMENT NUMBER** _____